resulting from an automobile colliding with a bicycle. The orders deny motions for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JOHN H. BAKER, Residing at 976 Delaware Avenue, Buffalo, New York, and Others, Respondents, v. GEORGE J. WECKERLE and HENRY P. WECKERLE, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiffs damages in an action to recover balance due on sale of shares of stock. The order strikes out the answers of defendants and grants judgment in favor of plaintiffs.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Respondent, v. WILLIAM M. MARTIN, Appellant.— Judgment affirmed, with costs. All concur. (The judgment awards damages to plaintiff in an action on a promissory note.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Respondent, v. WILLIAM M. MARTIN, Appellant.— Order affirmed without costs on this appeal to either party. All concur. (The order vacates defendant's notice of examination before a trial in the action last above named.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ESTELLE ROSENTHAL, Respondent, v. MARGARET DUNFEE CUMMINGS, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries resulting from fall on skylight in sidewalk. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ESTELLE ROSENTHAL, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment and order reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: Error occurred in the charge to the jury of the theory upon which the jury was permitted to predicate negligence. The action of the city in adopting the ordinance was governmental and the failure to enforce the ordinance could not be in and of itself negligence. The liability of the city, if any, must rest upon a failure to keep its sidewalks in a reasonably safe condition for use by pedestrians. All concur. (The judgment awards plaintiff damages for personal injuries resulting from fall on skylight in sidewalk. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FRED A. KERN, Respondent, v. WALTER G. YAKY, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of RALPH E. BIRCHER, an Attorney, Respondent.— Order of disbarment entered. All concur. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.